# United States District Court

**DISTRICT of ARIZONA**

United States of America
v.

**JUAN GONZALES**
U.S. Citizen          DOB: xx/xx/1976

DOCKET NO.

FILED
LODGED
RECEIVED
COPY

JAN 6 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                                  DEPUTY

MAGISTRATE'S CASE NO.

**14-05634M-**

Complaint for violation of Title 21, United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about December 12, 2010, at or near Tucson, in the District of Arizona, and elsewhere, **Juan Gonzales,** named herein as defendant, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown, to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).
All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Beginning on or about February 1, 2009, and continuing through December 12, 2010, **Juan Gonzales** and co-conspirator #15 (CC#15) resided at a home on Florida Lane, in Wimauma, Florida, from which **Gonzales**, aided and abetted by CC#15, organized the receipt of cocaine from – and return of bulk cash payment to – CC#24 in Tucson, Arizona. During this time period, CC#25, CC#19, CC#12, CC#6, and CC#1, all transported cocaine from CC#24 in Tucson, Arizona, concealed in vehicles, to **Gonzales**; and returned bulk cash proceeds, concealed in vehicles, from **Gonzales** to CC#24. **Gonzales** and CC#15 permitted some of these co-conspirators to use their Florida Lane residence as lodging and to receive and park the load vehicles containing drugs and proceeds. CC#1 identified a photograph of **Gonzales** and described delivering approximately 5 kilograms of cocaine to **Gonzales** at the Florida Lane residence on approximately 15 different occasions, from CC#24. CC#6 identified **Gonzales'** photograph and described delivering 10 kilograms to **Gonzales** on behalf of CC#24 on one occasion; and stated that CC#24 thereafter assigned the Florida route to CC#19. CC#15 identified photographs of **Gonzales**, CC#19, CC#1 and CC#25, and stated she had seen CC#19, CC#1 and CC#25 at the Florida Lane residence during the course of the conspiracy. During CC#19's last trip to **Gonzales** in Florida on behalf of CC#24, CC#19 purchased a vehicle from **Gonzales**, which he used to transport **Gonzales'** drug proceeds back to CC#24. However, on December 12, 2010, before he reached Tucson, CC#19 was stopped by officers in Show Low, Arizona, who found $147,000 bulk cash concealed in the vehicle. Motor Vehicle records indicate that the vehicle was previously registered to **Gonzales'** stepfather in Florida, and had been re-registered to CC#19 shortly before date of the traffic stop and cash seizure.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
COMPLAINT REVIEWED by AUSA M.S. Feldmeier

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

SIGNATURE OF COMPLAINANT
/s/ John Lacinski

OFFICIAL TITLE & NAME:
Special Agent John Lacinski, HSI

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
January 6, 2014

[1] See Federal rules of Criminal Procedure Rules 3 and 54